UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:

Tracey Sprowles

Debtor.

Case No.: 17-00724
Chapter 13
Judge Timothy A. Barnes
*********************

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY LOCATED AT 9234 SOUTH VANDERPOEL, CHICAGO, IL 60620

This matter coming to be heard on the *Motion for Relief from Stay and Co-Debtor Stay* (Dkt. #45) which was filed in this court by Towd Point Mortgage Trust 2015-4, U.S. Bank National Association as Indenture Trustee ("Movant"), Movant and Tracey Sprowles ("Debtor"), by and through his attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant;

Debtor failed to make regular monthly mortgage payments to Movant and is currently in default for the months of May 2019 through June 2019, incurring a total post-petition arrearage of $2,293.24, which consists of 2 post-petition payments for May 1, 2019 through June 1, 2019 at $1,146.62 each. There is $706.76 in suspense, which reduces the total post-petition arrearage to $1,586.48.

**IT IS HEREBY ORDERED:**

1. In order to eliminate said post-petition delinquency, Movant must receive the following payments by the corresponding dates:

    a.   $264.43 on or before July 20, 2019;

    b.   $264.41 on or before August 20, 2019;

    c.   $264.41 on or before September 20, 2019;

    d.   $264.41 on or before October 20, 2019;

    e.   $264.41 on or before November 20, 2019;

    f.   $264.41 on or before December 20, 2019.

1

17-017563_CJP

2. That Movant must receive the payments listed on Paragraph #1 on or before the corresponding date. If Movant fails to receive any one scheduled payment, the repayment schedule is void and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after mailing notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of same with the clerk of the court.

3. Upon completion of the repayment schedule listed in Paragraph #1 or tender of sufficient funds to bring the loan post-petition current, the Debtor must continue to make timely post-petition mortgage payments directly to Movant beginning July 1, 2019.

4. If Movant fails to receive two (2) post-petition monthly mortgage payments and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after Movant mailed notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of the same with the clerk of the court.

5. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

DATED: **JUL 1 8 2019**

ENTER:

UNITED STATES BANKRUPTCY JUDGE

*Submitted by:*

Todd J. Ruchman (6271827)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Movant

Rodion Leshinsky       7/3/2019
Alexander Nohr
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
Email: rleshinsky@semradlaw.com
Attorney for Debtor